# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GUY M. MONTELL,<br><br>          Plantiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>          Defendant. | Case No.: 2:14-cv-00237-RFB-CWH<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE** |

Before the Court for consideration is the Report and Recommendation (ECF No. 22) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered February 13, 2015.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a Magistrate Judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see</u> <u>also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985).

Pursuant to Local Rule IB 3-2(a), objections were due by March 2, 2015. No objections have been filed, and thus the Court is not required to conduct any review of Judge Hoffman's Report and Recommendation. Nevertheless, the Court has reviewed the record in this case and concurs with Judge Hoffman's recommendations that Plaintiff Guy M. Montell's motion for reversal or remand be denied and that Defendant Carolyn W. Colvin's cross-motion to affirm be granted.

## **ORDER**

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation (ECF No. 22) is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff Guy M. Montell's Motion to Reverse or Remand (ECF No. 12) is DENIED.

**IT IS FURTHER ORDERED** that Defendant Carolyn W. Colvin's Cross-Motion to Affirm (ECF No. 18) is GRANTED. The Clerk of Court shall enter judgment accordingly and close this case.

**DATED** this 26th day of March, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**